JOHN M. McCOY III (Cal. Bar No. 166244)
E-mail: mccoyj@sec.gov
DAVID S. BROWN (Cal. Bar No. 134569)
Email: browndav@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RADICAL BUNNY, LLC; TOM HIRSCH; BERTA WALDER; HOWARD WALDER; and HARISH P. SHAH,<br><br>Defendants. | Case No. CIV-09-01560-PHX-SRB<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT RE DEFENDANT RADICAL BUNNY, LLC** |

Plaintiff Securities and Exchange Commission ("Commission") submits this Status Report to the Court in response to the Court's Order of October 27, 2009 concerning Defendant Radical Bunny, LLC ("Radical Bunny").

///

///

- 1 -

Radical Bunny is the debtor in a pending Chapter 11 bankruptcy case in this District. On December 30, 2008, the U.S. Bankruptcy Court appointed G. Grant Lyon as Chapter 11 Trustee over Radical Bunny (the "Trustee") in *In re Radical Bunny, LLC*, Case No. 2:08-bk-13884-CGC with full power and authority over this entity. Through the Trustee, the Commission has entered into a partial settlement of the Commission's action against Radical Bunny.

Concurrently with the filing of this Status Report, the Commission staff files the Consent of Radical Bunny, by and through the Trustee, to the entry of a Judgment of Permanent Injunction and Other Relief (the "Consent"). The Commission staff also concurrently lodges with the Court a proposed Judgment of Permanent Injunction against Radical Bunny (the "Permanent Injunction").

If the Court accepts Radical Bunny's Consent and enters the Permanent Injunction thereon, the Commission's equitable claims against Radical Bunny will be resolved through settlement because the Permanent Injunction will enjoin Radical Bunny from committing further violations of the federal securities laws, as prayed for in the Commission's complaint.

If the Court enters the Permanent Injunction, the Commission staff anticipates the remaining issue to be resolved between the Commission and Radical Bunny, through the Trustee, is the Commission's claim for monetary relief against Radical Bunny in the form of disgorgement of ill-gotten gains together with prejudgment interest thereon and/or imposition of civil penalties, as prayed for in the Commission's complaint.

On October 19, 2009, the Trustee filed in the Radical Bunny bankruptcy case a Plan of Reorganization, a Disclosure Statement in Support of the Plan of Reorganization, and a Motion for Order Approving Disclosure Statement and Plan Confirmation Procedures. A hearing on that motion is presently set for December 2, 2009 in the Bankruptcy Court.

It is anticipated that upon completion of the Trustee's activities in the bankruptcy case, as broadly described in the preceding paragraph, the Commission staff would file, subject to Commission authorization and approval, either: (1) the Consent of Radical Bunny, by and through the Trustee, to the entry of a Final Judgment, and to lodge a proposed Final Judgment, which, if entered by the Court, will resolve all remaining claims the Commission has against Radical Bunny including monetary relief; or (2) a request for dismissal of the Commission's claim for monetary relief against Radical Bunny.

Respectfully submitted,

Dated:   November 2, 2009              s/ David S. Brown
                                       David S. Brown
                                       Attorneys for Plaintiff
                                       Securities and Exchange Commission